CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
(907) 274-5100  Fax (907) 274-5111

Attorneys for Defendant United Services
Automobile Association

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

T. M. H., a minor child, by and through her mother, Theresa Halpin,,

    Plaintiffs,

v.

USAA Casualty Insurance Company, a Texas Corporation,

    Defendant.

Case No. _____

## NOTICE OF PLEADINGS

Pursuant to 28 U.S.C. § 1446, USAA Casualty Insurance Company, gives notice that all pleadings filed in Case No. 3KN-08-423 CI, before the Superior Court for the State of Alaska, Third Judicial District at Kenai, are submitted herewith and attached hereto. These pleadings include the following:

NOTICE OF PLEADINGS
HALPIN v. USAA
CASE NO. _____

Page 1 of 2

/AW

Case 3:08-cv-00266-TMB   Document 1-2   Filed 12/03/08   Page 1 of 11

1. Summons and Notice to Both Parties of Judicial Assignment dated May 13, 2008.

2. Complaint for Damages dated May 13, 2008,

3. Demand for Jury Trial dated May 13, 2008,

4. Notice of Appearance dated December 3, 2008,

5. Notice of Removal dated December 3, 2008,

DATED this 3rd day of December 2008 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By: s/Cheryl L. Graves, Esq.

807 G Street, Suite 250
Anchorage, AK 99501
Ph. (907) 274-5100
Fax (907) 274-5111
E-Mail: cgraves@farleygraves.com
awinn@farleygraves.com

Alaska Bar No.: 9711062
Attorneys for Defendants United Services Automobile Association

### CERTIFICATE OF SERVICE

Pursuant to Civil Rule 5, I hereby certify that on this 3rd day of December 2008 a true and correct copy of the foregoing Notice of Pleadings was served via US Mail on the following person(s):

Mr. Jeffrey D. Jefferson Esq.
Jefferson Law Office, The
215 Fidalgo Avenue, Suite 201
Kenai, AK 99611-7776

By: s/Cheryl L. Graves

NOTICE OF PLEADINGS
HALPIN v. USAA
CASE NO. _____

Page 2 of 2

/AW

Case 3:08-cv-00266-TMB   Document 1-2   Filed 12/03/08   Page 2 of 11

 

## IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT KENAI

Tia Marie Halpin, a minor child, by and )
through her mother, Theresa Halpin )
)
Plaintiff(s), )
)
vs. )   CASE NO. 3KN-08 - 423 CI
)
USAA Casualty Insurance Company, a )   SUMMONS
Texas Corporation )   AND
)   NOTICE TO BOTH PARTIES
Defendant(s). )   OF JUDICIAL ASSIGNMENT
)

To Defendant: USAA Casualty Insurance Company, a Texas Corporation % USAA Casualty Ins. Co., USAA Member Relations & Feedback, 9800 Fredericksburg Rd, San Antonio, TX 78288

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 125 Trading Bay Drive, Suite 100, Kenai, Alaska 99611-7717 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented), The Jefferson Law Office
whose address is: 215 Fidalgo Ave., Suite 201, Kenai, AK 99611                .

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

### NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

This case has been assigned to:

☐ Superior Court Judge Carl J.D. Bauman
☐ Superior Court Judge Charles T. Huguelet
☑ Superior Court Judge Anna M. Moran
☐ District Court Judge Sharon S. Illsley    ☐ _____



CLERK OF COURT

May 13, 2008                          By: _____
        Date                                Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 KENAI (8/07)(st.3)                Civil Rules 4, 5, 12, 42(c), 55

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

Tia Marie Halpin, a minor child, by and )
through her mother, Theresa Halpin, )
)
Plaintiff, )
)
vs. )
)
USAA Casualty Insurance Company, a )
Texas Corporation, )
)
Defendant. )
_____ )    Case No. 3KN-08-423-CI

## COMPLAINT

COMES NOW the plaintiff, Tia Halpin, by and through her attorneys of record, THE JEFFERSON LAW OFFICE, and for her cause of action against the defendant, complains and alleges as follows:

I

At all times pertinent hereto plaintiff was a resident of the State of Alaska, domiciled in Homer, Alaska.

II

At all times pertinent hereto the defendant, USAA Casualty Insurance Company was a Texas Corporation doing business in the State of Alaska.

III.

That on or about 20 December 2000 plaintiff was a passenger in a vehicle that was struck by another vehicle operated by Gabe King at mile 168.5 of the Sterling Highway, Kenai Peninsula, Alaska. Gabe King was charged and convicted of Assault in the 3ed Degree, in violation of AS11.41.220(A)(1)(B), associated with the operation of his vehicle at the time

The
JEFFERSON
Law Office

215 Fidalgo Ave.
Suite 201
Kenai, Alaska
99611-7776

Telephone
(907) 283-9187

Facsimile
(907) 283-5389

PAGE 2/6 * RCVD AT 5/23/2008 8:34:28 AM [Central Daylight Time] * SVR:PRODBFAX9W/4 * DNIS:5130065 * CSID:+210 498 5034 * DURATION (mm-ss):02-00

Case 3:08-cv-00266-TMB   Document 1-2   Filed 12/03/08   Page 4 of 11

of the subject accident. Gabe King had no auto liability insurance. Defendant USAA was put on notice of two insurance policies providing uninsured motorist coverage applicable to Tia Halpin's loss. The vehicle she occupied at the time of the accident was insured by USAA policy No. 0336-98-66C-7102-9-3537, with a $100,000 per person uninsured motorist limit. In addition, she was also covered under the terms of her parents auto policy issued through USAA, policy No. 01158-82-90C-7101-4, with a $500,000 per person uninsured motorist limit.

IV

As a direct and legal result of the Gabe King's negligence, plaintiff was violently injured and suffered physical injuries, and was otherwise injured, and in addition, has been required to pay for doctor, hospital and therapy costs. Further, plaintiff has suffered past pain and suffering, and is expected to suffer future pain and suffering. In addition, plaintiff has sustained past wage loss and earning capacity impairment. In all, plaintiff has been damaged in an amount of excess of $100,000.00, a sum that will be proven with more particularity at the time of trial.

V

The language of the applicable USAA policy requires each party to agree to arbitration. Defendant USAA has declined arbitration, requiring the filing of this civil action in order to establish plaintiff's damages payable by USAA pursuant to the terms of its uninsured motorist insurance contracts.

WHEREFORE, plaintiffs pray for judgment against the defendant as follows:

1. For damages suffered by plaintiff in an amount in excess of $100,000.00 to be proven with more particularity at the time of trial.

*The*
**JEFFERSON**
*Law Office*

215 Fidalgo Ave.
Suite 201
Kenai, Alaska
99611-7776

Telephone
(907) 283-9187

Facsimile
(907) 283-5389

*Complaint - Page 2*

PAGE 3/6 * RCVD AT 5/23/2008 8:34:28 AM [Central Daylight Time] * SVR:PRODBFAX9W/4 * DNIS:5130065 * CSID:+210 498 5034 * DURATION (mm-ss):02-00

Case 3:08-cv-00266-TMB   Document 1-2   Filed 12/03/08   Page 5 of 11

2. For prejudgment interest, costs and attorney's fees incurred in the prosecution of this litigation.

3. For such other and further relief as the Court deems just and proper.

DATED this 13th day of May 2008, at Kenai, Alaska.

THE JEFFERSON LAW OFFICE
Attorneys for Plaintiff

By: _____
Jeffrey D. Jefferson - ABA #7612148

*The*
**JEFFERSON**
*Law Office*

*215 Fidalgo Ave.*
*Suite 201*
*Kenai, Alaska*
*99611-7776*

*Telephone*
*(907) 283-9187*

*Facsimile*
*(907) 283-5389*

Complaint - Page 3

PAGE 4/6 * RCVD AT 5/23/2008 8:34:28 AM [Central Daylight Time] * SVR:PRODBFAX9W4 * DNIS:5130065 * CSID:+210 498 5034 * DURATION (mm-ss):02-00

Case 3:08-cv-00266-TMB   Document 1-2   Filed 12/03/08   Page 6 of 11

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

| | |
|---|---|
| Tia Marie Halpin, a minor child, by and through her mother, Theresa Halpin, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | |
| USAA Casualty Insurance Company, a Texas Corporation, ) ) ) | |
| Defendant. ) ) | Case No. 3KN-08-423-CI |

## DEMAND FOR JURY TRIAL

COMES NOW the plaintiff, Tia Halpin, by and through her attorneys of record, THE JEFFERSON LAW OFFICE, and hereby submits her demand for jury trial in the above-captioned civil matter.

DATED this 13th day of May 2008, in Kenai, Alaska.

THE JEFFERSON LAW OFFICE
Attorneys for Plaintiff

By: _____
Jeffrey D. Jefferson - ABA #7612148

*The*
**JEFFERSON**
*Law Office*

215 Fidalgo Ave.
Suite 201
Kenai, Alaska
99611-7776

Telephone
(907) 283-9187

Facsimile
(907) 283-5389

PAGE 5/6 * RCVD AT 5/23/2008 8:34:28 AM [Central Daylight Time] * SVR:PRODBFAX9W/4 * DNIS:5130065 * CSID:+210 498 5034 * DURATION (mm-ss):02-00

Case 3:08-cv-00266-TMB   Document 1-2   Filed 12/03/08   Page 7 of 11

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100  FAX (907) 274-5111

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## THIRD JUDICIAL DISTRICT AT KENAI

| | |
|---|---|
| TIA MARGIE HALPIN, a minor child, by and through her mother, Theresa Halpin,<br><br>     Plaintiff,<br><br>  v.<br><br>USAA Casualty Insurance Company, a Texas Corporation,<br><br>     Defendant. | Case No. 3KN-08-423 CI |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Defendant USAA Casualty Insurance Company, hereby appears in the above-captioned action through the undersigned attorneys and requests that all further papers and pleadings herein, except original process, be served upon the undersigned attorneys at the address below stated.

    FARLEY & GRAVES, P. C.
    807 G Street, Suite 250
    Anchorage, AK  99501

NOTICE OF APPEARANCE
*HALPIN v. USAA*
CASE NO. 3KN-08-423 CI

Page 1 of 2

/AW

3:08-cv-00266-TMB   Document 1-2   Filed 12/03/08   Page 8 of 11

DATED this 3rd day of December 2008 at Anchorage, Alaska.

FARLEY & GRAVES, P.C.

By: _____
CHERYL L. GRAVES, ESQ.
Alaska Bar No.: 9711062
Attorneys for Defendant USAA Casualty
Insurance Company

### CERTIFICATE OF SERVICE

Pursuant to Civil Rule 5, I hereby certify that on this 3rd day of December 2008 I caused a true and correct copy of the foregoing document to be served by:

☒ U.S. Mail    ☐ Facsimile    ☐ Hand Delivery

to the following person(s):

Mr. Jeffrey D. Jefferson Esq.
Jefferson Law Office, The
215 Fidalgo Avenue, Suite 201
Kenai, AK 99611-7776

By: _____
Arline R. Winn-Hill, Legal Secretary

NOTICE OF APPEARANCE
HALPIN v. USAA
CASE NO. 3KN-08-423 CI

Page 2 of 2

/AW

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
# THIRD JUDICIAL DISTRICT AT KENAI

TIA MARGIE HALPIN, a minor child, by and through her mother, Theresa Halpin,

    Plaintiff,

v.

USAA Casualty Insurance Company, a Texas Corporation,

    Defendant.

Case No. 3KN-08-423 CI

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, USAA Casualty Insurance Company, Defendant, gives notice that Case No. 3KN-08-423 CI, as captioned above, is hereby removed to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, First Judicial District at Kenai, where said case was originally filed and is currently pending.

DATED this 3rd day of December 2008 at Anchorage, Alaska.

FARLEY & GRAVES, P.C.

By: _____
CHERYL L. GRAVES, ESQ.
Alaska Bar No.: 9711062
Attorneys for Defendant USAA Casualty Insurance Company

NOTICE OF REMOVAL
HALPIN v. USAA
CASE NO. 3KN-08-423 CI

Page 1 of 2

/AW

Case 3:08-cv-00266-TMB   Document 1-2   Filed 12/03/08   Page 10 of 11

## CERTIFICATE OF SERVICE

Pursuant to Civil Rule 5, I hereby certify that on this \_\_2nd\_\_ day of December 2008 I caused a true and correct copy of the foregoing document to be served by:

☒ U.S. Mail  ☐ Facsimile  ☐ Hand Delivery

to the following person(s):

Mr. Jeffrey D. Jefferson Esq.
Jefferson Law Office, The
215 Fidalgo Avenue, Suite 201
Kenai, AK 99611-7776

By: _/s/ Arline R. Winn-Hill_
Arline R. Winn-Hill, Legal Secretary

NOTICE OF REMOVAL
*HALPIN v. USAA*
CASE NO. 3KN-08-423 CI

Page 2 of 2

/AW

Case 3:08-cv-00266-TMB   Document 1-2   Filed 12/03/08   Page 11 of 11