CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
(907) 274-5100 Fax (907) 274-5111

Attorneys for Defendant United Services
Automobile Association

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TIA M. HALPIN,<br><br>    Plaintiff,<br><br>    v.<br><br>USAA Casualty Insurance Company, a Texas Corporation,<br><br>    Defendant. | Case No. 3:08-cv-266 TMB |

## STIPULATION TO DISMISS

The parties through their respective attorneys stipulate to the entry of an Order of Dismissal, with prejudice and with each party to bear their own attorneys' fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) for the reason that the parties have reached final settlement in this matter.

DATED this 3rd day of December 2009 at Anchorage, Alaska.

                FARLEY & GRAVES, P. C.

                By:    s/Cheryl L. Graves, Esq.

                  807 G Street, Suite 250
                  Anchorage, AK  99501
                  Ph. (907) 274-5100
                  Fax (907) 274-5111
                  E-Mail:    cgraves@farleygraves.com
                                      awinn@farleygraves.com
                  Alaska Bar No.:  9711062
                  Attorneys for Defendants United Services
                  Automobile Association

DATED this 3rd day of December 2009 at Anchorage, Alaska.

                FELDMAN ORLANSKY & SANDERS

                By:    s/Eric T. Feldman, Esq.

                  500 L Street, Fourth Floor
                  Anchorage, AK  99501
                  Ph. (907) 272-3538
                  Fax (907) 274-0819
                  E-Mail:    sanders@frozenlaw.com
                  Alaska Bar No.:  7510085
                  Attorneys for Plaintiff Tia Halpin

STIPULATION TO DISMISS
*HALPIN v. USAA*
CASE NO. 3:08-cv-266 TMB

2 of 3

/AW

Case 3:08-cv-00266-TMB   Document 18   Filed 12/03/09   Page 2 of 3

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 3rd day of December 2009 a true and correct copy of the foregoing Stipulation to Dismiss was served electronically on the following person(s):

Eric T. Sanders, Esq.
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK 99501
sanders@frozenlaw.com

By: s/Cheryl L. Graves

STIPULATION TO DISMISS
*HALPIN v. USAA*
CASE NO. 3:08-cv-266 TMB

3 of 3

/AW

30662.kk090205
Case 3:08-cv-00266-TMB   Document 18   Filed 12/03/09   Page 3 of 3

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111